IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Tim Stanfield, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>Liberty Oilfield Services LLC, Grayson )<br>Mill Operating, LLC, Grayson Mill )<br>Williston, LLC, VAC-U-JET SEPTIC )<br>AND SUMP SERVICE INC, )<br>)<br>   Defendants. ) | **ORDER**<br><br><br><br><br><br>Case No. 1:25-cv-110 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on January 30, 2026, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 18th day of June, 2025.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District Court